**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

CHARLES GERRON,

Plaintiff,

v.

RON NEAL, DAWN BUSS, JASON NORWALKS, LLOYD ARNOLD, DOUGLAS WARDLOW, DEBORAH TAYLOR, WINN, KOEN, BALL, ARVIN, STATHAM, CENTURION, and ARMARK,

Defendants.

CAUSE NO. 3:26-CV-1177-TLS-JEM

## OPINION AND ORDER

Charles Gerron, a prisoner without a lawyer, filed a thirteen page complaint naming thirteen defendants based on events which happened in two different prisons from July 20, 2025 to present. In *Owens v. Evans*, 878 F.3d 559, 566 (7th Cir. 2017), the Seventh Circuit admonished district courts not to permit claims arising in different prisons to proceed in the same lawsuit because "unrelated claims against different defendants belong in different suits . . . ." *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). Gerron raises claims based on various conditions at the Indiana State Prison. He makes allegations about events at the Miami Correctional Facility. He raises medical claims. He raises claims against the food service provider. "A litigant cannot throw all of his grievances, against dozens of different parties, into one stewpot." *Wheeler v. Wexford Health Sources, Inc.*, 689 F.3d 680, 683 (7th Cir. 2012).

When a plaintiff files a complaint with unrelated or mis-joined claims, the court may allow the plaintiff to decide which properly joined and related claims to pursue in the current case and when (or if) to bring the other claims in separate suits. *See id*. (explaining district courts

may direct a plaintiff "to file separate complaints, each confined to one group of injuries and defendants"). Mr. Gerron needs to decide which related claims to pursue in this case. Once he decides, he must put this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** and write the word "Amended" above the title "Prisoner Complaint on page one. If he wants to pursue other claims, he must file other, separate lawsuits.

For these reasons, the court:

(1) STRIKES the complaint (ECF 1) but it will remain part of the public record; and

(2) GRANTS Charles Gerron until **September 17, 2026**, to file an amended complaint with related claims.

SO ORDERED on August 13, 2026.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT